IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-183-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMSEY PAUL DULIN, ) <br> ) <br> Defendant. ) <br> _____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Amended Motion To Seal" (Document No. 30) filed June 15, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as "Defendant's Sentencing Memorandum" (Document No. 28) and "Documents Of Support For Sentencing Hearing" (Document No. 29) contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Amended Motion To Seal" (Document No. 30) is **GRANTED**, and "Defendant's Sentencing Memorandum" (Document No. 28) and "Documents Of Support For Sentencing Hearing" (Document No. 29) are sealed until further Order of this Court.

Signed: June 15, 2018

David C. Keesler
United States Magistrate Judge